IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH R. REID,** | : | |
| Petitioner | : | |
| | : | No. 1:23-cv-01559 |
| v. | : | |
| | : | (Judge Rambo) |
| **WARDEN GARZA,** | : | |
| Respondent | : | |

## ORDER

**AND NOW**, on this 18th day of January 2024, upon consideration of pro se Petitioner Kenneth R. Reid ("Petitioner")'s petition for a writ of habeas corpus filed pursuant to the provisions of 28 U.S.C. § 2241 (Doc. No. 1), as well as his pending motions seeking leave to proceed in forma pauperis and the appointment of counsel (Doc. Nos. 2, 5), and for the reasons set forth in the accompanying Memorandum,

**IT IS ORDERED THAT**:

1. Petitioner's motion seeking leave to proceed in forma pauperis (Doc. No. 5) is **GRANTED**, and the petition (Doc. No. 1) is **DEEMED FILED**;

2. The petition (Doc. No. 1) is **DISMISSED** for lack of jurisdiction;

3. Petitioner's motion seeking the appointment of counsel (Doc. No. 2) is **DENIED as moot**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge